IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–08–M–DWM–1 |
| Plaintiff, | |
| vs. | ORDER |
| KEITH ANDRE GREEN, | |
| Defendant. | |

Given the progression of the evidence and the possibility that deliberations will begin prior to the noon recess, IT IS ORDERED that lunch be provided for the jurors in the above-entitled case on June 25, 2024, and that all meals be provided to the jurors during deliberations.

DATED this 25th day of June, 2024.

Donald W. Molloy, District Judge
United States District Court