IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 24–08–M–DWM–1 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| KEITH ANDRE GREEN, | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture. Defendant Keith Andre Green has been adjudged guilty as charged in Counts 1, 2 and 3 of the indictment. Green's conviction and admission to the forfeiture allegation provides a factual basis and cause to issue an order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11) and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion is GRANTED:

IT IS FURTHER ORDERED that Green's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11) and 18 U.S.C. § 924(d):

- Kimber, model SIS Pro, .45 caliber pistol, SN: KR69852;
- WBP, model unknown (AK47 style),.762 caliber Jack rifle; SN: unknown;

- Browning Arms Company, model X-bolt, .300 Win Mag caliber rifle, SN: 63341ZN354;
- Marlin (Westernfield), model EMN 175, 12-gauge shotgun, SN: L10106;
- Boito, model unknown, .410 caliber shotgun, SN: C0561 or 90591 (difficult to read);
- Sig Sauer, model P250 compact, .40 caliber pistol, SN: 57C020761;
- New England Firearms, model Pardner, .410-gauge shotgun, SN: NN337264;
- Smith & Wesson, model SD9VE, 9mm caliber pistol, SN: HEF9652;
- Sig Sauer, model P320, 40 caliber pistol, SN: 58B023209; and
- Assorted ammunition and accessories.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 22nd day of August, 2024.

_____
Donald W. Molloy, District Judge
United States District Court