IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–08–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| KEITH ANDRE GREEN and ROBIN MARIE HOLCOMB, | |
| Defendants. | |

On October 31, 2024, the United States filed an Unopposed Motion for Final Order of Forfeiture. (Doc. 156.) Having reviewed this Motion, the Court finds:

(1) The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

(2) A Preliminary Order of Forfeiture as to Robin Marie Holcomb was entered on August 19, 2024. (Doc. 111.)

(3) A Preliminary Order of Forfeiture as to Keith Andre Green was entered on August 22, 2024. (Doc. 114.)

1

(4) All known interested parties were provided an opportunity to respond, and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 131.)

(5) It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d).

(6) Kale Carson Rife has been identified as the owner of the Sig Sauer, model P320, .40 caliber pistol, SN 58B023209. The United States agrees that Mr. Rife is the owner, and the Sig Sauer, model P320, .40 caliber pistol, SN m58B023209 should be returned to him.

Accordingly, IT IS ORDERED that:

(1) The United States' Unopposed Motion for Final Order of Forfeiture, (Doc. 156), is GRANTED.

(2) Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2), 21 U.S.C. § 881(a)(11), and 18 U.S.C. § 924(d) free from the claims of any other party, the following property:

- Kimber, model SIS Pro, .45 caliber pistol, SN: KR69852;
- WBP, model unknown (AK47 style),.762 caliber Jack rifle; SN: unknown;
- Browning Arms Company, model X-bolt, .300 Win Mag caliber rifle, SN: 63341ZN354;
- Marlin (Westernfield), model EMN 175, 12-gauge shotgun, SN: L10106;

- Boito, model unknown, .410 caliber shotgun, SN: C0561 or 90591 (difficult to read);
- Sig Sauer, model P250 compact, .40 caliber pistol, SN: 57C020761;
- New England Firearms, model Pardner, .410-gauge shotgun, SN: NN337264;
- Smith & Wesson, model SD9VE, 9mm caliber pistol, SN: HEF9652; and
- Assorted ammunition and accessories.

(3)  Pursuant to Kale Carson Rife being identified as the owner and to agreement by the government, the United States is directed to return the Sig Sauer, model P320, .40 caliber pistol, SN 58B023209 to Mr. Rife.

(4)  The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 4th day of November, 2024.

_____
Donald W. Molloy, District Judge
United States District Court